No. 404. AMSEL ET AL., DOING BUSINESS AS AMSEL DENTAL LABORATORY, v. BROOKS ET AL., MEMBERS OF THE DENTAL COMMISSION OF CONNECTICUT. Appeal from the Supreme Court of Errors of Connecticut. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Margaret Driscoll* and *John J. Darcy* for appellants. *William L. Beers,* Attorney General of Connecticut, and *Louis Weinstein,* Assistant

Attorney General, for appellees.